NUMBER 13-01-831-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

________________________________________________________________


JEFFREY TORRES , Appellant,


v.


THE STATE OF TEXAS, Appellee.

________________________________________________________________


On appeal from the County Court 

of Wharton County, Texas.

________________________________________________________________


O P I N I O N


Before Chief Justice Valdez and Justices Hinojosa and Yañez

Opinion Per Curiam


Appellant, JEFFREY TORRES , attempted to perfect an appeal from a order denying motion to suppress entered by the
County Court of Wharton County, Texas.

Upon inspection of the notice of appeal, it did not appear that the order from which this appeal was attempted was an
appealable order. Notice of this defect was given to appellant so that steps could be taken to correct the defect, if it could
be done. Appellant was advised that, if the defect was not cured within ten days from the date of receipt of this Court's
notice, the appeal would be dismissed. To date, appellant has failed to respond to this Court's notice.

The Court, having considered the documents on file, this Court's notice, and appellant's failure to respond, is of the opinion
that the appeal should be dismissed for want of jurisdiction. The appeal is hereby DISMISSED FOR WANT OF
JURISDICTION.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 4th day of April, 2002 .